United States District Court
Southern District of Texas
ENTERED
July 07, 2016
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) Case No. | 4:16cr273-2,3,5,6 |
| MARCO ANTONIO ZUNIGA #2 | ) | |
| FRANK FLORES #3 | ) | |
| CHANCE WAYNE NUTT #5 | ) | |
| CLIFTON DWAYNE JOHNSON #6 | | |
| *Defendant* | | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled before the magistrate judge as follows:

Place: Judge Nancy Johnson
515 Rusk
Houston, TX 77002

Courtroom No.: 700

Date and Time: 07.07.16 AT 2PM

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 07.06.16

Nancy K. Johnson
United States Magistrate Judge