# COURTROOM MINUTES:

- [ ] INITIAL APPEARANCE
- [ ] RULE 40 HEARING
- [ ] DETENTION HEARING
- [ ] COUNSEL DETERMINATION HEARING
- [x] PRELIMINARY HEARING
- [ ] BOND HEARING
- [ ] HEARING CONTINUED ON _____

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED 7/12/16
DAVID BRADLEY, Clerk

THE HONORABLE **MARY MILLOY**, Presiding, Courtroom 701  OPEN: 2:03  ADJOURN: 4:44
Case Manager: Cindy Jantowski  RECESS FROM: ___ TO: ___
ERO: P. Vebernetsky
Pretrial Services Officer: D. Hernandez
- [ ] Other District ___
- [ ] Other Division ___

Case No.

INTERPRETER REQUIRED: [x] No  [ ] Yes, Name: ___

Criminal No. **16-273**   Defendant No. **1,2,3,5,6**   USDJ ___
**BOB STABE**, AUSA

UNITED STATES OF AMERICA
vs
Joaquin Jesus Maranon (1)   Javier Martinez (R)
Marco Antonio Zuniga (2)    James Alston (A)
Frank Flores (3)            David Cunningham (R)
Chance Wayne Nutt (5)       Jimmy Ashley (R)
Clifton Johnson (6)         Quentin Williams (A)

Counsel for Defendants  Appt - (A), Retd - (R), FPD - (F)

- [ ] Date of arrest: ___
- [ ] Deft first appearance. Deft advised of rights/charges  [ ] SRT/Probation violator  [ ] Pretrial Release Violator
- [ ] Deft first appearance with counsel.
- [x] all — [ ] Deft ___ appeared [x] with [ ] without counsel.
- [ ] Requests appointed counsel.
- [x] 2 FINANCIAL AFFIDAVIT executed.  [ ] Court orders defendant to pay $___ to CJA Fund
- [ ] Order appointing Federal Public Defender.
- [x] 2 Private Counsel appointed, **CJA - JAMES ALSTON**.
- [ ] Deft advises he/she will retain counsel. He/she retained ___
- [ ] Bond [ ] set $___ [ ] Cash [ ] Surety [ ] 10% [ ] PR [ ] Unsecured [ ] $___ Deposit.
- [ ] Bond [ ] revoked [ ] reinstated.
- [ ] Deft advised of conditions of release.

Deft #5
Exh 1-4 admitted

- [ ] Surety signatures required ___
- [ ] No bond set at this time, 10 day DETENTION ORDER entered.
- [ ] ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- [x] 1,2,3,5 ORDER OF DETENTION PENDING TRIAL entered. (orders to follow)
- [ ] Court finds [ ] IDENTITY [ ] Probable Cause.
- [ ] BOND EXECUTED and defendant released.
- [x] all Deft REMANDED to CUSTODY.  [ ] Deft ORDERED REMOVED to Originating District.
- [ ] WAIVER of [ ] Preliminary [ ] Identity [ ] Detention Hearing [ ] Detention Hrg in this district [ ] State Custody
- [ ] Arraignment set  (6) [x] Detention Hearing set / Bond Conditions 7/14/16
- [ ] Preliminary set ___  [ ] Counsel Determination Hearing set @ 11:00
- [ ] Identity/Removal Hearing set ___