MAGISTRATE JUDGE MARY MILLOY
CASE MANAGER CINDY JANTOWSKI    TAPE ERO P. Yebennetsky
USPS / USPO D. Hernandez    INTERPRETER None
TIME 4:44 / 4:52 A.M.   |   P.M.    DATE 7/12/16
       begin    end          begin    end

CR. NO. 16cr273    USDJ Miller

UNITED STATES OF AMERICA
vs.                                   Bob Stabe    AUSA

Deft. No.    Deft. Name
(1) Joaquin Jesus Maranon — Javier Martinez (R)
(2) MarcoAntonio Zuniga — James Alston (A)
(3) Frank Flores — David Cunningham (R)
(5) Chance Wayne Nutt — Jimmy Ashley (R)
(6) Clifton Johnson — Quentin Williams (A)

add'l defts on reverse side          Appt - A, Retd - R, FPD - F

## ARRAIGNMENT

- [x] all Arraignment held.    Arraignment held on superseding indictment.    Arraignment not held.
- [x] all Deft ✓ first appearance with counsel.    Deft ___ appeared without counsel.
- [ ] Deft ___ Waiver of Indictment executed (for criminal information).
- [x] all Deft ✓ enters a plea of not guilty.    Deft ___ enters a plea of guilty.
- [ ] Deft ___ plea of guilty probable; pro forma plea of not guilty entered.
- [ ] Deft ___ rearraignment set ___ at ___ before Judge ___.
- [ ] Waiver of Speedy Trial executed.
- [x] all Scheduling Order ✓ issued w/cc to parties.    to be mailed.    not issued.
- [ ] Deft ___ Order for PSI setting Disclosure and Sentencing dates signed.    PSI waived.
- [ ] Deft ___ sentencing set ___ at ___.
- [ ] Deft ___ failed to appear, bench warrant to issue.
- [ ] Deft ___ bond set    reduced to $ ___    Cash   Surety   10%   PR.
- [x] 6 Deft ___ ✓ executed bond and released from custody. when bond is perfected.
- [ ] Deft ___ bond continued.
- [x] 1,2,3,5 Deft ___ ✓ remanded to custody.
- [ ] Deft ___ Nebbia Hearing held (conflict of interest).

OTHER PROCEEDINGS: ___