UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs | § § | Criminal H 16-273 |
| Joaquin Jesus Maranon et al | § § | Judge Gray H. Miller |

**SCHEDULING ORDER**

1. July 21, 2016 — All MOTIONS will be filed no later than this date. **All motions except motions to suppress evidence and motions to dismiss will contain an averment that the movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion.**

2. July 28, 2016 — RESPONSES to motions will be filed no later than this date.

3. August 10, 2016 — PROPOSED voir dire and charge due.

4. August 17, 2016 — OBJECTIONS to exhibits/witnesses due.

5. August 22, 2016 at 10:00 a.m. **DEFENDANT MUST BE PRESENT** — PRETRIAL CONFERENCE before Judge Gray H. Miller 515 Rusk, Courtroom 9D, Houston, Texas.

6. August 22, 2016 at 1:00 p.m. — JURY SELECTION and TRIAL is set on this date/time. Not later than five business days before this date each counsel will file and deliver to the Court's chambers, an exhibit list, copies of all documents and photographs to be offered as exhibits and witness list.

7. Estimated trial time _____7 days_____

Direct questions about this schedule to Rhonda Moore-Konieczny, Case Manager to United States District Judge Gray H. Miller, 713-250-5129, cm4141@txs.uscourts.gov.

SIGNED at Houston, Texas on _____7-12-16_____.

_____
United States Magistrate Judge

_____
Assistant United States Attorney

_____
Attorney for Defendant

_____
Defendant

[signature] #1

[signature]
ATTY

[signature] Frank [Herrera?]
#3

[signature]
ATTY

[signature]
#5

[signature] Jimmy [Ashley?]
ATTY

Clifton Johnson
#6

[signature]
ATTY